SHARP *v.* JONES.

EVANS, J.    The sole issue was the location of a line between coterminous landowners, deriving title from a common grantor.    There was evidence tending to support the contentions of both parties.    The verdict was approved by the trial judge ; and as no error of law is complained of, the judgment overruling the motion for new trial is    *Affirmed..  All the Justices concur.*

Submitted May 26, — Decided June 8, 1904.

· Equitable petition.   Before Judge Bartlett.   Haralson superior court.   December 17, 1903.

*W. R. Hutcheson*, for plaintiff.
*James Beall* and *E. S. Griffith*, for defendant.